```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GEORGIA A. HOPE,                    :    CIVIL ACTION
                                    :    NO. 15-06749
         Plaintiff,                 :
                                    :
    v.                              :
                                    :
FAIR ACRES GERIATRIC CENTER,        :
                                    :
                                    :
         Defendant.                 :
```

**O R D E R**

**AND NOW**, this **29th** day of **March, 2016**, after a hearing with the parties on March 14, 2016, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** as follows:

(1) Defendants' Motion to Dismiss (ECF No. 4) is **GRANTED**;

(2) Counts 2, 3, and 4[1] of Plaintiff's Complaint (ECF No. 1) are **DISMISSED with prejudice**;

(3) Counts 5, 6, and 7 of Plaintiff's Complaint (ECF No. 1) are **DISMISSED without prejudice**;

(4) Leave to file an Amended Complaint is **GRANTED**, to be filed by **April 18, 2016**; and

---

[1] The counts in the Complaint are incorrectly numbered as "Second" through "Seventh," omitting any "First" count. See Compl. 9, ECF No. 1.

1

(5) Arbitration in the above-captioned matter shall be **STAYED until further order of the Court.**

**AND IT IS SO ORDERED.**

                        **/s/ Eduardo C. Robreno**
                        **EDUARDO C. ROBRENO,    J.**