```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| GEORGIA A. HOPE, | : | CIVIL ACTION |
| | : | NO. 15-06749 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| FAIR ACRES GERIATRIC CENTER, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this **25th** day of **July, 2016,** after a hearing with the parties on July 11, 2016, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** as follows:

(1) Defendants' Motion to Dismiss (ECF No. 14) is **GRANTED** as to all of Plaintiff's claims against Defendant Fair Acres Geriatric Center;

(2) Plaintiff's motion to join additional defendants (ECF No. 16) is **DENIED as moot;**

(3) Plaintiff's Amended Complaint (ECF Nos. 13, 20) is **DISMISSED with prejudice;**

(4) The Clerk of the Court shall mark the above-captioned case as **CLOSED.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO     J.**