IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARL LOUIS ROBINSON, as Executor of the Estate of Georgia A. Hope, | : | CIVIL ACTION NO. 15-06749 |
| Plaintiff, | : | |
| v. | : | |
| FAIR ACRES GERIATRIC CENTER, et al. | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this **20th** day of **March, 2020**, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff's post-trial motion for judgment as a matter of law or, in the alternative, for a new trial (ECF No. 207) is **DENIED.**

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
*EDUARDO C. ROBRENO,    J.*